# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2025-3193
LT Case No. 2013-CF-001168

———————————————

PORFIRIO CORREA TORRES,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————

3.800 Appeal from the Circuit Court for Putnam County.
Alicia R. Washington, Judge.

Porfirio Correa Torres, Live Oak, pro se.

No Appearance for Appellee.

June 2, 2026


PER CURIAM.

    AFFIRMED.


JAY, C.J., and MAKAR and EDWARDS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____